

# THE ATTORNEY GENERAL

## OF TEXAS

### AUSTIN 11, TEXAS

WILL WILSON
ATTORNEY GENERAL

November 20, 1958

Mr. Raymond W. Vowell
Executive Director
Board for Texas State Hos-
  pitals and Special Schools
Box S, Capitol Station
Austin, Texas

Opinion No. WW-520

Re: Whether the cost of rehabili-
    tation services provided to
    institutions under the juris-
    diction of the Board for
    Texas State Hospitals and
    Special Schools pursuant to
    interagency contracts, may be
    paid from the item, "medical
    treatment salaries and wages,"
    appropriated by House Bill
    133, Acts 55th Legislature,
    R.S. 1957.

Dear Mr. Vowell:

We have received your letter dated October 10, 1958.
You state that the Board for Texas State Hospitals and Special
Schools has an interagency contract with the Central Education
Agency for the latter to provide vocational rehabilitation serv-
ices to twelve institutions under the jurisdiction of the Board
for Texas State Hospitals and Special Schools. You have re-
quested an opinion as to whether the Board has the authority to
pay for these services from the appropriated item,"medical
treatment salaries and wages." The validity and enforceability
of these contracts is not in question.

House Bill 133, Acts of the 55th Legislature, Regular
Session, 1957, Chapter 385, Page 929, which prohibits the trans-
fer of these funds, is quoted as follows:

"The amounts appropriated herein for the
item of medical treatment salaries and wages for
the respective institutions are deemed by the
Legislature to be the minimum amounts for such
purpose, and none of such moneys are transfer-
rable to other appropriation items or institu-
tions. . . ."

The Attorney General in Opinion No. WW-229 held that
rehabilitation costs may be paid from appropriations for medi-
cal treatment salaries and wages. It is the opinion of this
office that payments made pursuant to such an interagency con-
tract are not a "transfer" within the purview of this Section,

but an expenditure of these funds for the purposes for which they were appropriated and therefore not a violation of the restrictions of this Section.

## SUMMARY

Funds appropriated to the Board for Texas State Hospitals and Special Schools as the item "medical treatment salaries and wages" may be used to pay the Central Education Agency costs of rehabilitation services pursuant to an inter-agency contract.

Yours very truly,

WILL WILSON
Attorney General of Texas

By
John L. Estes
Assistant

JLE:ci:wb

APPROVED:

OPINION COMMITTEE

Geo. P. Blackburn, Chairman
Houghton Brownlee, Jr.
Ernest John Flowers

REVIEWED FOR THE ATTORNEY GENERAL

BY:  W. V. Geppert